IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIANNA LEWIS                                                    PLAINTIFF

v.                            No. 3:15-cv-66-DPM

JONESBORO URBAN RENEWAL
& HOUSING AUTHORITY                                          DEFENDANT

ORDER

The parties haven't filed their Rule 26(f) report, which was due in late June. The draft Final Scheduling Order will issue. The Court reminds both parties that they must meet the deadlines in that Order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2015