IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIANNA LEWIS                                                          PLAINTIFF

v.                              No. 3:15-cv-66-DPM

JONESBORO URBAN RENEWAL &
HOUSING AUTHORITY                                                      DEFENDANT

## ORDER

Lewis's mail from the clerk is being returned. № 12 & 13. Lewis must keep her address current to proceed in this case. LOCAL RULE 5.5(c)(2). The Court will dismiss this case without prejudice unless Lewis updates her address by 28 September 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2015