IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIANNA LEWIS                                                                      PLAINTIFF

v.                              No. 3:15-cv-66-DPM

JONESBORO URBAN RENEWAL
& HOUSING AUTHORITY                                                   DEFENDANT

JUDGMENT

Lewis's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

29 September 2015